IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAX WALLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 2:13-CV-30-JRG |
| | § | |
| EASTMAN CHEMICAL CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties' Joint and Agreed Motion to Dismiss with Prejudice is GRANTED. All causes of action raised or which could have been raised by the Plaintiff in this case are dismissed with prejudice. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

**So ORDERED and SIGNED this 13th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE